# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **WETRO LAN LLC,** <br><br> **Plaintiff,** <br><br> v. <br><br> **ADTRAN, INC. ET. AL.,** <br><br> **Defendant.** | **CIVIL ACTION NO. 2:15-cv-41** <br> **(LEAD CASE)** <br><br> **CIVIL ACTION NO. 2:15-cv-221** <br> **(CONSOLIDATED CASE)** |

## ORDER OF DISMISSAL

In consideration of the Motion for Dismissal of all claims and counterclaims filed by Plaintiff, Wetro Lan, LLC and Defendant Telular Corporation, the Motion for Dismissal is GRANTED, and it is ORDERED, ADJUDGED AND DECREED that all claims and counterclaims asserted in this suit between Plaintiff Wetro Lan LLC and Defendant Telular Corporation, are hereby dismissed WITHOUT PREJUDICE, IT IS SO ORDERED.

It is further ORDERED that all attorneys' fees, expenses and costs are to be borne by the party that incurred them, IT IS SO ORDERED.

**SIGNED this 13th day of July, 2016.**

*Roy S. Payne*
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE